**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                    )
    MAFM LLC            )    **CASE NO. 08-3605**
                        )    **CHAPTER 11**
            Debtor      )    **JUDGE Carol Doyle**

**NOTICE SETTING HEARING ON**
**DEBTOR'S MOTION FOR USE OF CASH COLLATERAL**

**TO: THE TWENTY LARGEST CREDITORS, THE U.S. TRUSTEE AND OTHER PARTIES IN INTEREST**

    A MOTION FOR ENTRY OF INTERIM ORDER APPROVING USE OF CASH COLLATERAL AND TO SET HEARING FOR FINAL AUTHORIZATION TO USE CASH COLLATERAL having been heard pursuant to due notice on April 8, 2008 and the SECOND INTERIM ORDER APPROVING USE OF CASH COLLATERAL having been entered pursuant to the preliminary hearing held on April 8, 2008, (attached as Exhibit A) notice is hereby given that a final hearing to consider the Debtor's Motion to Use Cash Collateral and the entry of FINAL ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL attached hereto as Exhibit "B" shall be held in Courtroom No. 742 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois on May 6, 2008 at 10:30 a.m..
.
    The hearing on approval may be continued from time to time by announcement in open court without further written notice.

                                          /s/ Michael J. Davis
                                          Michael J. Davis
                                          Attorney for Debtor

Michael J. Davis (#6197896)
Springer, Brown, Covey Gaertner & Davis
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
Ph.    (630)510-0000

**CERTIFICATION**

    I, state that I served this Notice by sending a copy to the names indicated on the attached service list at their respective address, by depositing the same in the U.S. Mail on April 15, 2008 with proper postage prepaid.

                                          /s/ Michael J. Davis

**Service List**
**IN RE: MAFM LLC**
**CASE NO.  08-3605**

U.S Trustee's Office
227 W. Monroe, St. 3300
Chicago, Ill. 60606

Bruce A. Brown
Law Offices of Bruce A Brown
2000 W Galena Blvd, Suite 201
Aurora, IL 60506-4486

American Bank & Trust
2580 Foxfield Rd.
Saint Charles, IL 60174

Batavia Liquors, Inc.
1804 Mill St.
Batavia, IL 60510

DMC Services, Inc.
1840 Mill St.
Batavia, IL 60510

Don Manuel Inc.
1890 Mill St.
Batavia, IL 60510

Faik Adili
c/o Timothy Dwyer
240 W. River Dr.
Saint Charles, IL 60174

Michael Funkey
2111 Plum St.
St. 301
Aurora, IL 60506

Mill Mc Kee Retail Center Assoc.
c/o Michael O'Brien
300 S. County Farm Rd., St. G
Wheaton, IL 60187

Patrick Kinnally
2114 Deerpath Rd.
Aurora, IL 60506

Shear Ambition Hair Salon
1828 Mill St.
Batavia, IL 60510